UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ARKEEN J. HALL | ) | INDICTMENT NO. CR406-00037-001 |

## ORDER

On August 21, 2006, this Court sentenced Defendant to a 110-month custodial term following his plea of guilty to possession of a firearm by a convicted felon. At the time of sentencing, Defendant had been in continuous custody since October 12, 2005, as a result of an arrest by state authorities for the instant offense conduct and related charges. After being sentenced by this Court, Defendant was returned to state custody and, on November 17, 2006, was sentenced in Chatham County (Georgia) Superior Court to a term of eight years custody for possession with intent to distribute cocaine, possession of tools for the commission of a crime, and possession of marihuana. The drug-related conduct constituted "relevant conduct" with respect to Defendant's federal sentencing guidelines and served as the basis for an enhancement of his advisory guidelines.

On July 21, 2008, Defendant was paroled from state custody to federal custody, and the Bureau of Prisons has computed his federal sentence to begin on that date, with no credit toward his federal sentence for any time spent in custody prior to that date.

Had Defendant's state sentencing hearing preceded his federal sentencing hearing, this Court, pursuant to U.S.S.G. § 5G1.3(b), would have downwardly adjusted Defendant's federal sentence (to account for the time he had already served in state custody for related conduct) and would have

imposed the federal sentence to run concurrently with the remainder of the undischarged state term of imprisonment.

Clearly, the defendant's failure to receive credit toward his federal sentence for the time he has spent in custody since October 12, 2005, has occurred only because of the unfortunate timing of his state and federal sentencing hearings.

Therefore, the Court hereby makes known its intent for Defendant to receive credit toward his federal sentence for all time served in state custody for related conduct, specifically from October 12, 2005, through July 20, 2008.

**SO ORDERED**, this 3rd day of November, 2008.

_____
William T. Moore, Jr.
Chief Judge, U. S. District Court